INTERLOX PUNCH & DIE CORP. AND WILLIAM C. WALLIS
v. INSILCO CORP.

February 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR JOSEPH MANDELL.

February 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID T. BERGER.

February 15, 1983.

Petition for certification denied.

SYLVIA ROSATO v. JOSE PENTON.

February 15, 1983.

Petition for certification denied.